UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VON KARL ZIMMERMAN, an individual,

Plaintiff,

v.

PORT OF SEATTLE, a municipal corporation; STEPHEN METRUCK, an individual; KATIE GERARD, an individual,

Defendants.

CASE NO. 2:25-CV-00624-RSM

**STIPULATED MOTION AND ORDER EXTENDING EXPERT DISCLOSURE DEADLINE**

NOTED FOR FEBRUARY 13, 2026 (W/O ORAL ARGUMENT)

**STIPULATED MOTION**

Pursuant to Local Civil Rule 10(g), the parties hereby jointly stipulate as follows:

WHEREAS, on June 4, 2025, the Court entered an Order Setting Trial Date and Related Dates (Dkt. 11), setting the deadline for the disclosure of expert testimony under FRCP 26(a)(2) as March 4, 2026;

WHEREAS, counsel for Plaintiff and Defendants agree that, in light of outstanding discovery and unanticipated delays in deposition scheduling, good cause exists to extend the deadline for the disclosure of expert testimony to April 3, 2026;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, and subject to the approval of the Court, that the deadline for the disclosure of expert testimony under FRCP 26(a)(2) be extended from March 4, 2026 to April 3,

STIPULATED MOTION AND ORDER EXTENDING
EXPERT DISCLOSURE DEADLINE - 1
CASE NO. 2:25-CV-00624-RSM

2026.  This extension will not impact or alter any of the other deadlines set forth in the Court's Scheduling Order.

SUMMIT LAW GROUP, PLLC                    EARL AND EDWARDS, PLLC
*Attorneys for Defendants*                *Attorney for Plaintiffs*


By *s/ Shannon E. Phillips*               By: *s/ Corbin O. Earl (with email permission)*
 Shannon E. Phillips, WSBA#25631          Corbin O. Earl, WSBA #52300
*shannonp@summitlaw.com*                  1334 S. Pioneer Way
Molly J. Gibbons WSBA #58357              Moses Lake, WA 98837
*mollyg@summitlaw.com*                    (509) 765-1708
                                          corbin@earlandedwards.com


DATED this 13th day of February, 2026.    DATED this 13th day of February, 2026.

STIPULATED MOTION AND ORDER EXTENDING
EXPERT DISCLOSURE DEADLINE - 2
CASE NO. 2:25-CV-00624-RSM

**ORDER**

IT IS SO ORDERED.  The deadline for the disclosure of expert testimony under FRCP 26(a)(2) is hereby extended from March 4, 2026 to April 3, 2026.


Dated this __17th__ day of February, 2026.




RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER EXTENDING
EXPERT DISCLOSURE DEADLINE - 3
CASE NO. 2:25-CV-00624-RSM